# Exhibit 3

<table>
<tr><th>US10705694B2</th><th>Evernote Enterprise (“Accused Product”)</th></tr>
<tr><td>1. A computer-implemented method for interactive delivery, by a processor of a pre stored electronic presentation of a predetermined duration, to user computers associated with a plurality of users, the user computers each including an information display, the user computers coupled to the processor by a computer network, the method comprising the steps of:</td><td>The accused product discloses a computer-implemented method for interactive delivery, by a processor (e.g., processor of the computer device) of a pre stored electronic presentation (e.g., evernote notebook) of a predetermined duration, to user computers associated with a plurality of users (e.g., computer devices of owner or collaborators), the user computers each including an information display, the user computers coupled to the processor (e.g., processor of the computer device) by a computer network.<br><br>As shown below, the accused product discloses that evernote notebook (e.g., pre stored electronic presentation) can be watched by owner or collaborators (e.g., plurality of users) synchronously on their respective devices.<br><br>


<br>https://evernote.com/enterprise</td></tr>
</table>

| | |
|---|---|
| | <br>https://evernote.com/features/collaboration |




https://evernote.com/enterprise

## Share a note with a specific collaborator

If you choose to share a note with specific collaborators, you can send an invitation with your preferred permission level to each person. You can select a permission level for each user from:

1. **Full access** (can edit and invite other users)
2. **Can edit**
3. **Can view**

You can change the permission level or stop sharing the previously shared note with a collaborator from the dropdown menu next to the name of the collaborator. Follow the instructions below based on your operating system.

https://help.evernote.com/hc/en-us/articles/34377080881939-Share-notes#01JA5KJXXMNYNG4GMZQ0VC2R09

| | |
|---|---|
| | <br><br>https://evernote.com/online-notepad/share-a-notebook-with-team-members-in-evernote |
| receiving a playback request, at the processor, from a first user computer, to play the electronic presentation at the information display of the first user computer; | The accused product discloses receiving a playback request, at the processor (e.g., processor of the computer device), from a first user computer (e.g., first user computer or owner initiating sharing of evernote notebook), to play the electronic presentation (e.g., evernote notebook) at the information display of the first user computer (e.g., first user computer or owner initiating sharing of evernote notebook).<br><br>As shown below, the accused product discloses evernote notebook text files (e.g., electronic presentation) can be selected and loaded by the owner (e.g., first user). |




https://evernote.com/online-notepad/edit-shared-notebooks-in-evernote




https://www.youtube.com/watch?v=V4nU4xgpmqU

| | |
|---|---|
| at a selected point in time during the predetermined duration of the playback of the electronic presentation, receiving a collaboration request, at the processor, from the first user computer, to enter a collaboration mode with a second user computer, the second user computer displaying content other than information associated with the selected point in time of the playback of the electronic presentation and the collaboration mode comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation as displayed on the information display of the first user computer on an information display of the second | The accused product discloses at a selected point in time during the predetermined duration of the playback of the electronic presentation (e.g., evernote notebook), receiving a collaboration request (e.g., send invitation), at the processor, from the first user computer (e.g., first user computer or named user initiating sharing of presentation), to enter a collaboration mode with a second user computer (e.g., computer device of the collaborator), the second user computer (e.g., computer device of the collaborator) displaying content other than information associated with the selected point in time of the playback of the electronic presentation (e.g., evernote notebook) and the collaboration mode comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation (e.g., evernote notebook) as displayed on the information display of the first user computer (e.g., first user computer or owner initiating sharing of evernote notebook) on an information display of the second user computer (e.g., computer device of the collaborator).<br><br>As shown below, accused product discloses that after accepting the sent invitation (e.g., collaboration request) collaborator (e.g., second user) can see and edit the shared evernote notebook (e.g., playback of the electronic presentation) synchronously in real-time wherein each change can be seen by everyone at the same time. |

user computer; and




https://www.youtube.com/watch?v=V4nU4xgpmqU

## Share a notebook

When you share a notebook in Evernote, recipients can open the notebook directly from the "Shared with Me" section of the app. To share a notebook, follow the steps for your operating system below.

- **Web and Desktop (Mac and Windows)**
  1. From the sidebar, navigate to **Notebooks.**
  2. Locate the notebook you want to share, click the three dots under "Actions", then select **Share**. Alternatively, open the notebook, then click the blue **Share** button above the notes list.
  3. Enter at least one email address (or select at least one contact) and set the permission level, then click **Send invite**.

https://help.evernote.com/hc/en-us/articles/360052801613-Share-notebooks

<table>
<tr>
<td></td>
<td>


https://help.evernote.com/hc/en-us/articles/360052801613-Share-notebooks
</td>
</tr>
</table>




https://www.youtube.com/watch?v=V4nU4xgpmqU

## Share a note with a specific collaborator

If you choose to share a note with specific collaborators, you can send an invitation with your preferred permission level to each person. You can select a permission level for each user from:

1. **Full access** (can edit and invite other users)
2. **Can edit**
3. **Can view**

You can change the permission level or stop sharing the previously shared note with a collaborator from the dropdown menu next to the name of the collaborator. Follow the instructions below based on your operating system.

https://help.evernote.com/hc/en-us/articles/34377080881939-Share-notes#01JA5KJXXMNYNG4GMZQ0VC2R09

<table>
<tr>
<td></td>
<td>

https://evernote.com/features/collaboration</td>
</tr>
<tr>
<td>in response to an end collaboration request, at the processor, from the first user computer to end the collaboration with the second user</td>
<td>The accused product discloses that in response to an end collaboration request (e.g., deactivate user), at the processor (e.g., processor of the computer device), from the first user computer (e.g., first user computer or owner initiating sharing of evernote notebook) to end the collaboration with the second user computer (e.g., computer device of the collaborator), terminating the collaboration mode, said terminating including terminating the synchronously displaying of the electronic presentation (e.g., evernote</td>
</tr>
</table>

<table>
<tr>
<td>computer, terminating the collaboration mode, said terminating including terminating the synchronously displaying of the electronic presentation.</td>
<td>notebook).

As shown below, accused product discloses that after clicking on ‘deactivate user’ (e.g., end collaboration request) the owner (e.g., first user) can terminate the real-time sharing of evernote notebook (e.g., electronic presentation) for the collaborator (e.g., second user), thus terminating the synchronously displaying of the electronic presentation.



https://www.youtube.com/watch?v=V4nU4xgpmqU</td>
</tr>
</table>

## Remove users from your Evernote Teams account

When you remove someone from your Evernote Teams account, they will lose access to all team data (including data that they created), and the notebooks will be stored in the Admin Console. If you are using one of their individual notebooks for collaborative purposes and you have access to this notebook, move the notes out of their notebooks and into a team notebook before revoking their access.

If you'd like to reassign any of their team notebooks, you can do so via the following steps:

1. Sign into the Admin Console.
2. Click on **Notebooks** on the left hand side menu.
3. Select a notebook you'd like to reassign, click the **Actions** drop down and choose **Change contact** to make the update.

To remove a user from your Evernote Teams account, deactivate their account using these steps:

1. Sign into the Admin Console.
2. Click on **Manage Users** on the left hand side menu.
3. Select the user you'd like to remove and then choose **Deactivate user** from the **Actions** drop down.

terminating the collaboration mode

https://help.evernote.com/hc/en-us/articles/209005927-Managing-users-and-seats#01J2XF0XWF985QC06XRPNWGZJH