# Exhibit 4

<table>
<tr><th>US12572265B2</th><th>Evernote Enterprise (“Accused Product”)</th></tr>
<tr><td>11. A computer-implemented method for synchronous delivery of a media file to multiple user computers, the method comprising the steps of:</td><td>

The accused product discloses a computer-implemented method for synchronous delivery of a media file (e.g., evernote notebook) to multiple user computers.

As shown below, the product discloses that evernote notebook (e.g. media file) can be delivered synchronously to multiple user computers (e.g. computer devices of owner and collaborators) that are participating in a collaboration.




https://evernote.com/enterprise

</td></tr>
</table>




https://evernote.com/features/collaboration




https://evernote.com/enterprise

## Share a note with a specific collaborator

If you choose to share a note with specific collaborators, you can send an invitation with your preferred permission level to each person. You can select a permission level for each user from:

1. **Full access** (can edit and invite other users)
2. **Can edit**
3. **Can view**

You can change the permission level or stop sharing the previously shared note with a collaborator from the dropdown menu next to the name of the collaborator. Follow the instructions below based on your operating system.

https://help.evernote.com/hc/en-us/articles/34377080881939-Share-notes#01JA5KJXXMNYNG4GMZQ0VC2R09

| | |
|---|---|
| | <br>https://evernote.com/online-notepad/share-a-notebook-with-team-members-in-evernote |
| displaying content other than the media file on a first information display of a first user computer; | The accused product discloses displaying content other than the media file (e.g., evernote notebook) on an information display of a first user computer (e.g., first user computer or owner initiating sharing of evernote notebook).<br><br>As shown below, the accused product discloses that the owner (e.g. first user) can be displaying a send invitation page or any other page that is different from the media file to be shown. The send invitation is not the evernote notebook (e.g. media file) to be synchronously delivered to the owner computer (e.g., first user computer) as well as collaborator computer (e.g., second user computer). |




https://help.evernote.com/hc/en-us/articles/360052801613-Share-notebooks

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=V4nU4xgpmqU |
| receiving, at the first user computer and from a second user computer, a request to join a synchronous session including the second user computer, | The accused product discloses receiving, at the first user computer (e.g., first user computer or owner initiating sharing of evernote notebook) and from a second user computer (e.g., computer device of the collaborator), a request to join a synchronous session including the second user computer (e.g., computer device of the collaborator), wherein the second user computer (e.g., computer device of the collaborator) is separate from the first user computer (e.g., first user computer or owner initiating sharing of evernote notebook). |

| | |
|---|---|
| wherein the second user computer is separate from the first user computer; | As shown below, the accused product discloses that the collaborator (e.g. second user) can join a synchronous session (e.g. shared displaying of an evernote notebook) via the collaborator's computer (e.g., second user computer), which is separate from the owner's computer (e.g., first user computer) when the owner (e.g., first user) sends and invitation request to the collaborator (e.g., second user).<br><br><br>Request access to a note<br>If you attempt to open a note from a link but don't have the necessary permissions, you'll be redirected to a web page where you can request access directly from the note's owner.<br>• The owner will receive an email notification about your request.<br>• The email will contain a link to the note, allowing them to grant you the appropriate permissions.<br><br><br>https://help.evernote.com/hc/en-us/articles/34377080881939-Share-notes#h_01JQPAXG3HHKG264TE9CPYKSQK |
| receiving, at a user interface of the first user computer, an indication of acceptance of the request to join the synchronous session; | The accused product discloses receiving, at a user interface of the first user computer (e.g., first user computer or owner initiating sharing of evernote notebook), an indication of acceptance of the request to join the synchronous session.<br><br>As shown below, the accused product discloses that after the owner (e.g., first user) has accepted the request of the collaborator (e.g. second user) to be admitted so as to join the synchronous session of the shared displaying of an uploaded evernote notebook (e.g., media file), the collaborator's (e.g., second user's) display name (e.g., email id) is added to the list of members that is displayed on the user interface of the owner computer (e.g., first user computer) indicating that the collaborator has joined the session. |

<table>
<tr>
<td></td>
<td>



https://www.youtube.com/watch?v=5EaDI_ZGiHM




https://www.youtube.com/watch?v=5EaDI_ZGiHM
</td>
</tr>
<tr>
<td>in response to receiving</td>
<td>The accused product discloses that in response to receiving the indication of acceptance,</td>
</tr>
</table>

| | |
|---|---|
| the indication of acceptance, entering, by the first user computer, the synchronous session, the synchronous session comprising at the first information display and a second information display of the second user computer; | entering, by the first user computer (e.g., first user computer or owner initiating sharing of evernote notebook), the synchronous session, the synchronous session comprising synchronously displaying at least a portion of the media file (e.g., evernote notebook) at the first information display and a second information display of the second user computer (e.g., computer device of the collaborator).<br><br>As shown below, the accused product discloses collaborator's (e.g., second user's) email id is added to the list of members when the owner (e.g., first user) enters the synchronous session by starting shared playback of the uploaded evernote notebook (e.g., media file) which is simultaneously displayed on information displays of the owner computer (e.g., first user computer) and collaborator computer (e.g., second user computer). |




https://www.youtube.com/watch?v=V4nU4xgpmqU

## Share a notebook

When you share a notebook in Evernote, recipients can open the notebook directly from the "Shared with Me" section of the app. To share a notebook, follow the steps for your operating system below.

- **Web and Desktop (Mac and Windows)**
  1. From the sidebar, navigate to **Notebooks.**
  2. Locate the notebook you want to share, click the three dots under "Actions", then select **Share**. Alternatively, open the notebook, then click the blue **Share** button above the notes list.
  3. Enter at least one email address (or select at least one contact) and set the permission level, then click **Send invite**.

https://help.evernote.com/hc/en-us/articles/360052801613-Share-notebooks



https://help.evernote.com/hc/en-us/articles/360052801613-Share-notebooks




https://www.youtube.com/watch?v=V4nU4xgpmqU

## Share a note with a specific collaborator

If you choose to share a note with specific collaborators, you can send an invitation with your preferred permission level to each person. You can select a permission level for each user from:

1. **Full access** (can edit and invite other users)
2. **Can edit**
3. **Can view**

You can change the permission level or stop sharing the previously shared note with a collaborator from the dropdown menu next to the name of the collaborator. Follow the instructions below based on your operating system.

https://help.evernote.com/hc/en-us/articles/34377080881939-Share-

| | |
|---|---|
| | notes#01JA5KJXXMNYNG4GMZQ0VC2R09<br><br>https://evernote.com/features/collaboration |
| and terminating the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file at the first user computer and the | The accused product discloses terminating the synchronous session (e.g., deactivate user) by at least terminating the synchronously displaying of the at least a portion of the media file (e.g., evernote notebook) at the first user computer (e.g., first user computer or owner initiating sharing of evernote notebook) and the second user computer (e.g., computer device of the collaborator).<br><br>As shown below, the accused product discloses that by selecting the 'deactivate user' button the owner (e.g., first user) can end the synchronous displaying of the evernote |

| | |
|---|---|
| second user computer. | notebook (e.g., media file) at the respective computers of the owner (e.g., first user) and collaborator (e.g., second user).<br><br>https://www.youtube.com/watch?v=V4nU4xgpmqU |

| | |
|---|---|
| | **Remove users from your Evernote Teams account**<br><br>When you remove someone from your Evernote Teams account, they will lose access to all team data (including data that they created), and the notebooks will be stored in the Admin Console. If you are using one of their individual notebooks for collaborative purposes and you have access to this notebook, move the notes out of their notebooks and into a team notebook before revoking their access.<br><br>If you'd like to reassign any of their team notebooks, you can do so via the following steps:<br><br>1. Sign into the Admin Console.<br>2. Click on **Notebooks** on the left hand side menu.<br>3. Select a notebook you'd like to reassign, click the **Actions** drop down and choose **Change contact** to make the update.<br><br>To remove a user from your Evernote Teams account, deactivate their account using these steps:<br><br>1. Sign into the Admin Console.<br>2. Click on **Manage Users** on the left hand side menu.<br>3. Select the user you'd like to remove and then choose **Deactivate user** from the **Actions** drop down.<br><br>terminating the synchronous session<br><br>**Note:** Removing users from the Evernote Teams account will not affect your upcoming invoice for the number of seats you are paying for. If you wish to reduce the seat count, remove seats from your Teams account.<br><br>https://help.evernote.com/hc/en-us/articles/209005927-Managing-users-and-seats#01J2XF0XWF985QC06XRPNWGZJH |